STANDARD SURETY AND CASUALTY COMPANY OF NEW YORK, Appellant, v. MARYLAND CASUALTY COMPANY et al., Respondents, et al., Defendants.— Motion for reargument denied. Present — Taylor, P. J., McCurn, Vaughan, Kimball and Wheeler, JJ. [See *ante,* pp. 446, 1069.]

■

HERBERT TOMOSER, Respondent, v. DANIEL KAMPHAUSEN et al., Appellants, et al., Defendants.— Motion for reargument denied, with $10 costs; motion for leave to appeal to the Court of Appeals denied. Present — Taylor, P. J., Vaughan, Kimball, Piper and Wheeler, JJ. [See *ante,* p. 1006.]

(May 28, 1953.)

■

JOHN CANEPA, SR., Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 29876.) — Same decision and like cause of action as in companion case of *Canepa* v. *State of New York* (*ante,* p. ——, decided herewith). Present — Taylor, P. J., McCurn, Vaughan, Kimball and Wheeler, JJ.

■

JOSEPH I. GORIN, as Limited Administrator of the Estate of NELSON M. GORIN, Deceased, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 30116.) — Same decision and like cause of action as in companion case of *Canepa* v. *State of New York* (*ante,* p. ——, decided herewith). Present — Taylor, P. J., McCurn, Vaughan, Kimball and Wheeler, JJ.